

Statement of Earnings for: Michael Anthony Mignone

| Period Begin | 3/7/2021 | Company Id | 13220 | Employee Number | | Po Box 87 |
|---|---|---|---|---|---|---|
| Period End | 3/20/2021 | Division | 100 | | | Schwenksville, PA 19473-0087 |
| Check Date | 3/26/2021 | Department | 100 | | | |
| Federal Filing | Married Filing | Res State PA | | | PA Exemptions | PA Additional |
| Fed Exempts | | Work State PA | | | | |
| Fed Additional | $10.00 | Pay Type | Salary | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3418913 | $0.00 | $1,423.08 | $1,197.67 | Matthew 19:26 |

EARNINGS *Not included in Totals    TAXES    DEDUCTIONS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 17.7885 | 80.00 | 1,423.08 | 240.00 | 4,269.24 | SOC SEC EE | 88.23 | 264.69 | | | |
| | | | | | | MED EE | 20.63 | 61.90 | | | |
| | | | | | | FEDERAL WH | 55.77 | 167.31 | | | |
| | | | | | | PA WH | 43.69 | 131.07 | | | |
| | | | | | | LOWER PROVIDEN | 14.24 | 42.72 | | | |
| | | | | | | PA SUI EE | 0.85 | 2.56 | | | |
| | | | | | | LOWER PROVIDEN | 2.00 | 6.00 | | | |
| Total: | | 80.00 | 1,423.08 | 240.00 | 4,269.24 | Total: | 225.41 | 676.25 | Total: | 0.00 | 0.00 |

CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|
| PTO Year 1 Salary | 4.6154 | 0.00 | 13.85 | Checking | Account: ####3232   Deposit Amount: 1,197.67 |
| FloatingHoliday | 0.0000 | 0.00 | 0.00 | | |
| Comp Time | 0.0000 | 0.00 | 0.00 | | |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Liberty Ministries
565 Main Street
Po Box 87
Schwenksville, PA 19473-0087

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/26/2021 | V3418913 |

TOTAL NET PAY
******$1,197.67

Your entire Net pay of $1,197.67 has been deposited in your bank account(s).

Michael Anthony Mignone
3408 Westview Dr
Perkiomenville, PA 18074

NOT NEGOTIABLE

| Statement of Earnings For: | Michael Anthony Mignone | | Liberty Ministries |
|---|---|---|---|
| Period Begin | 2/7/2021 | Company ID 13220 | Employee Number 3156 |
| Period End | 2/20/2021 | Division 100 | Employee Group |
| Check Date | 2/26/2021 | Department 100 | |

Liberty Ministries
Po Box 87
Schwenksville, PA 19473-0087

| Federal Filing | Married Filing | Res State | PA | PA Exemptions | PA Additional |
|---|---|---|---|---|---|
| Fed Exempts | | Work State | PA | | |
| Fed Additional | $10.00 | Pay Type | Salary | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3333093 | $0.00 | $1,423.08 | $1,197.67 | Deuteronomy 26:18-19 |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 17.7885 | 80.00 | 1,423.08 | 80.00 | 1,423.08 |
| **Total:** | | 80.00 | 1,423.08 | 80.00 | 1,423.08 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 88.23 | 88.23 |
| MED EE | 20.63 | 20.63 |
| FEDERAL WH | 55.77 | 55.77 |
| PA WH | 43.69 | 43.69 |
| LOWER PROVIDEN | 14.24 | 14.24 |
| PA SUI EE | 0.85 | 0.85 |
| LOWER PROVIDEN | 2.00 | 2.00 |
| **Total:** | 225.41 | 225.41 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued | Taken | Balance |
|---|---|---|---|
| PTO Year 1 Salary | 4.6154 | 0.00 | 4.62 |
| FloatingHoliday | 0.0000 | 0.00 | 0.00 |
| Comp Time | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####3232 | 1,197.67 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Liberty Ministries
565 Main Street
Po Box 87
Schwenksville, PA 19473-0087

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/26/2021 | V3333093 |

**TOTAL NET PAY**
******$1,197.67

Your entire Net pay of $1,197.67 has been deposited in your bank account(s).

**Michael Anthony Mignone**
3408 Westview Dr
Perkiomenville, PA 18074

**NOT NEGOTIABLE**

