| Statement of Earnings For: | Jessica E Mignone | | | | | | QNB Bank |
|---|---|---|---|---|---|---|---|
| Employee #: 1228 | Division OPRS | | Period Begin: 2/25/2021 | | Check Date: 3/18/2021 | | PO Box 9005 |
| Clock Number: | Department 1200 | | Period End: 3/10/2021 | | Pay Type: Hourly | | Quakertown, PA 18951-9005 |
| Company Id: 16848 | Federal Filing: Single | | Exemptions: | | Additional Tax: $5.00 | | 215-538-5600 |
| | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3396859 | $0.00 | $1,475.62 | $901.45 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Overtime - Blen | 24.8700 | 6.00 | 149.22 | 25.75 | 634.55 |
| Regular | 16.5800 | 80.00 | 1,326.40 | 446.30 | 7,340.92 |
| GTL | | 0.00 | 0.88 | 0.00 | 5.08 |
| *Med Empr Cost | | 0.00 | 686.60 | 0.00 | 3,635.60 |
| *401k Match | | 0.00 | 14.76 | 0.00 | 90.45 |
| *401k SafeHarbor | | 0.00 | 73.78 | 0.00 | 452.26 |
| *HSA ER Contribu | | 0.00 | 38.46 | 0.00 | 230.76 |
| Holiday | | 0.00 | 0.00 | 32.00 | 524.16 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,360.29 |
| Carryover PTO | | 0.00 | 0.00 | 10.50 | 174.09 |
| Weather Close | | 0.00 | 0.00 | 18.50 | 306.73 |
| Scheduled Close | | 0.00 | 0.00 | 4.00 | 64.72 |
| **Total:** | | 86.00 | 1,476.50 | 537.05 | 10,410.54 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 73.21 | 535.46 |
| MED EE | 17.12 | 125.23 |
| FEDERAL WH | 118.94 | 1,035.64 |
| PA WH | 36.22 | 264.98 |
| QUAKERTOWN | 11.80 | 86.32 |
| PA SUI EE | 0.88 | 6.24 |
| QUAKERTOWN | 2.00 | 12.00 |
| **Total:** | 260.17 | 2,065.87 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 14.76 | 90.45 |
| Medical Pre-tax | 181.50 | 1,089.00 |
| Dental Pre-tax | 30.10 | 180.60 |
| Vision Pre-tax | 9.07 | 54.42 |
| HSA Pre-Tax | 75.00 | 450.00 |
| EEVoluntaryLife | 2.50 | 15.00 |
| SPVoluntaryLife | 0.83 | 4.98 |
| CHVoluntaryLife | 0.24 | 1.44 |
| **Total:** | 314.00 | 1,885.89 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####3232 | Deposit Amount: | 901.45 |

QNB
Your Community Bank

QNB Bank
PO Box 9005
Quakertown, PA 18951-9005
215-538-5600

1228 OPRS 1200
**Jessica E Mignone**
3408 Westview Drive
Perkiomenville, PA 18074

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/18/2021 | V3396859 |

**TOTAL NET PAY**
********$901.45

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jessica E Mignone | | | | | | | QNB Bank | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 1228 | Division OPRS | | | Period Begin: 2/11/2021 | | Check Date: 3/4/2021 | | PO Box 9005 | |
| Clock Number: | Department 1200 | | | Period End: 2/24/2021 | | Pay Type: Hourly | | Quakertown, PA 18951-9005 | |
| Company Id: 16848 | Federal Filing: Single | | | Exemptions: | | Additional Tax: $5.00 | | 215-538-5600 | |
| | State Filing: | | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3361496 | $0.00 | $1,508.78 | $1,295.61 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Holiday | 16.5800 | 8.00 | 132.64 | 32.00 | 524.16 | SOC SEC EE | 105.27 | 462.25 | 401K | 15.09 | 75.69 |
| Regular | 16.5800 | 72.50 | 1,202.05 | 366.30 | 6,014.52 | MED EE | 24.62 | 108.11 | Medical Pre-tax | -302.50 | 907.50 |
| Carryover PTO | 16.5800 | 2.50 | 41.45 | 10.50 | 174.09 | FEDERAL WH | 180.96 | 916.70 | Dental Pre-tax | 30.10 | 150.50 |
| GTL | | 0.00 | 0.88 | 0.00 | 4.20 | PA WH | 52.10 | 228.76 | Vision Pre-tax | 9.07 | 45.35 |
| Weather Close | 16.5800 | 8.00 | 132.64 | 18.50 | 306.73 | QUAKERTOWN | 16.98 | 74.52 | HSA Pre-Tax | 75.00 | 375.00 |
| *Med Empr Cost | | 0.00 | 686.60 | 0.00 | 2,949.00 | PA SUI EE | 0.91 | 5.36 | EEVoluntaryLife | 2.50 | 12.50 |
| *401k Match | | 0.00 | 15.09 | 0.00 | 75.69 | QUAKERTOWN | 2.00 | 10.00 | SPVoluntaryLife | 0.83 | 4.15 |
| *401k SafeHarbor | | 0.00 | 75.44 | 0.00 | 378.48 | | | | CHVoluntaryLife | 0.24 | 1.20 |
| *HSA ER Contribu | | 0.00 | 38.46 | 0.00 | 192.30 | | | | | | |
| Overtime - Blen | | 0.00 | 0.00 | 19.75 | 485.33 | | | | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,360.29 | | | | | | |
| Scheduled Close | | 0.00 | 0.00 | 4.00 | 64.72 | | | | | | |

health insurance billing error found and corrected

| Total: | | 91.00 | 1,509.66 | 451.05 | 8,934.04 | Total: | 382.84 | 1,805.70 | Total: | -169.67 | 1,571.89 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| Checking | Account: ####3232 | Deposit Amount: | 1,295.61 |



QNB Bank
PO Box 9005
Quakertown, PA 18951-9005
215-538-5600

1228 OPRS 1200
**Jessica E Mignone**
3408 Westview Drive
Perkiomenville, PA 18074

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/4/2021 | V3361496 |

**TOTAL NET PAY**
******$1,295.61

**NOT NEGOTIABLE**

| Statement of Earnings For: | Jessica E Mignone | | | | | | | QNB Bank |
|---|---|---|---|---|---|---|---|---|
| Employee #: 1228 | Division | OPRS | | Period Begin: 2/11/2021 | | Check Date: 3/4/2021 | | PO Box 9005 |
| Clock Number: | Department | 1200 | | Period End: 2/24/2021 | | Pay Type: Hourly | | Quakertown, PA 18951-9005 |
| Company Id: 16848 | Federal Filing: Single | | | Exemptions: | | Additional Tax: $5.00 | | 215-538-5600 |
| | State Filing: | | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3361496 | $0.00 | $1,508.78 | $1,295.61 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Holiday | 16.5800 | 8.00 | 132.64 | 32.00 | 524.16 | SOC SEC EE | 105.27 | 462.25 | 401K | 15.09 | 75.69 |
| Regular | 16.5800 | 72.50 | 1,202.05 | 366.30 | 6,014.52 | MED EE | 24.62 | 108.11 | Medical Pre-tax | -302.50 | 907.50 |
| Carryover PTO | 16.5800 | 2.50 | 41.45 | 10.50 | 174.09 | FEDERAL WH | 180.96 | 916.70 | Dental Pre-tax | 30.10 | 150.50 |
| GTL | | 0.00 | 0.88 | 0.00 | 4.20 | PA WH | 52.10 | 228.76 | Vision Pre-tax | 9.07 | 45.35 |
| Weather Close | 16.5800 | 8.00 | 132.64 | 18.50 | 306.73 | QUAKERTOWN | 16.98 | 74.52 | HSA Pre-Tax | 75.00 | 375.00 |
| *Med Empr Cost | | 0.00 | 686.60 | 0.00 | 2,949.00 | PA SUI EE | 0.91 | 5.36 | EEVoluntaryLife | 2.50 | 12.50 |
| *401k Match | | 0.00 | 15.09 | 0.00 | 75.69 | QUAKERTOWN | 2.00 | 10.00 | SPVoluntaryLife | 0.83 | 4.15 |
| *401k SafeHarbor | | 0.00 | 75.44 | 0.00 | 378.48 | | | | CHVoluntaryLife | 0.24 | 1.20 |
| *HSA ER Contribu | | 0.00 | 38.46 | 0.00 | 192.30 | | | | | | |
| Overtime - Blen | | 0.00 | 0.00 | 19.75 | 485.33 | | | | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,360.29 | | | | | | |
| Scheduled Close | | 0.00 | 0.00 | 4.00 | 64.72 | | | | | | |
| Total: | | 91.00 | 1,509.66 | 451.05 | 8,934.04 | Total: | 382.84 | 1,805.70 | Total: | -169.67 | 1,571.89 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: ####3232 | Deposit Amount: | 1,295.61 |



QNB Bank
PO Box 9005
Quakertown, PA 18951-9005
215-538-5600

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/4/2021 | V3361496 |

TOTAL NET PAY
******$1,295.61

1228 OPRS 1200
**Jessica E Mignone**
3408 Westview Drive
Perkiomenville, PA 18074

**NOT NEGOTIABLE**

Case 21-11232-mdc   Doc 9   Filed 05/19/21   Entered 05/19/21 12:03:49   Desc Main Document   Page 4 of 4

**Statement of Earnings For:** Jessica E Mignone

| Employee #: | 1228 | Division | OPRS | Period Begin: | 1/26/2021 | Check Date: | 2/18/2021 | QNB Bank |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 1200 | Period End: | 2/10/2021 | Pay Type: | Hourly | PO Box 9005 |
| Company Id: | 16848 | Federal Filing: | Single | Exemptions: | | Additional Tax: | $5.00 | Quakertown, PA 18951-9005 |
| | | State Filing: | | Exemptions: | | Additional Tax: | | 215-538-5600 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3317748 | $0.00 | $1,483.41 | $815.02 | |

### EARNINGS *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 16.5800 | 70.97 | 1,176.68 | 293.80 | 4,812.47 |
| Carryover PTO | 16.5800 | 8.00 | 132.64 | 8.00 | 132.64 |
| GTL | | 0.00 | 0.88 | 0.00 | 3.32 |
| Weather Close | 16.5800 | 10.50 | 174.09 | 10.50 | 174.09 |
| *Med Empr Cost | | 0.00 | 565.60 | 0.00 | 2,262.40 |
| *401k Match | | 0.00 | 14.83 | 0.00 | 60.60 |
| *401k SafeHarbor | | 0.00 | 74.17 | 0.00 | 303.04 |
| *HSA ER Contribu | | 0.00 | 38.46 | 0.00 | 153.84 |
| Holiday | | 0.00 | 0.00 | 24.00 | 391.52 |
| Overtime - Blen | | 0.00 | 0.00 | 19.75 | 485.33 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,360.29 |
| Scheduled Close | | 0.00 | 0.00 | 4.00 | 64.72 |
| **Total:** | | 89.47 | 1,484.29 | 360.05 | 7,424.38 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 66.20 | 356.98 |
| MED EE | 15.48 | 83.49 |
| FEDERAL WH | 105.34 | 735.74 |
| PA WH | 32.75 | 176.66 |
| QUAKERTOWN | 10.66 | 57.54 |
| PA SUI EE | 0.89 | 4.45 |
| QUAKERTOWN | 2.00 | 8.00 |
| **Total:** | 233.32 | 1,422.86 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 14.83 | 60.60 |
| Medical Pre-tax | 302.50 | 1,210.00 |
| Dental Pre-tax | 30.10 | 120.40 |
| Vision Pre-tax | 9.07 | 36.28 |
| HSA Pre-Tax | 75.00 | 300.00 |
| EEVoluntaryLife | 2.50 | 10.00 |
| SPVoluntaryLife | 0.83 | 3.32 |
| CHVoluntaryLife | 0.24 | 0.96 |
| **Total:** | 435.07 | 1,741.56 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####3232 | 815.02 |

---



QNB Bank
PO Box 9005
Quakertown, PA 18951-9005
215-538-5600

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/18/2021 | V3317748 |

**TOTAL NET PAY**
********$815.02

1228 OPRS 1200
**Jessica E Mignone**
3408 Westview Drive
Perkiomenville, PA 18074

**NOT NEGOTIABLE**