**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael A. Mignone                                    CHAPTER 7
       Jessica E. Mignone
             Debtor(s)                                    BKY. NO. 21-11232 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ Rebecca Solarz
                                   Rebecca Solarz
                                   11 Jun 2021, 14:41:59, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322