**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Michael A. Mignone and Jessica E. Mignone, | : | |
|            Debtors. | : | Bankruptcy No. 21-11232-MDC |

# O R D E R

**AND NOW**, on June 28, 2021, Michael A. Mignone and Jessica E. Mignone (the "Debtors") caused to be filed a reaffirmation agreement with creditor Quicken Loans, LLC (the "Reaffirmation Agreement").[1]

**AND**, the Debtors were represented by an attorney during the course of negotiating the Reaffirmation Agreement.

**AND**, the Debtors' attorney filed a certification that the Debtors were counseled in accordance with 11 U.S.C. §524(c)(3).

**AND**, the Debtors acknowledged in writing receipt of the disclosures described in 11 U.S.C. §524(k) at or before the time the Debtors signed the Reaffirmation Agreement.

**AND**, this Court finds no material difference between the income and expenses disclosed by the Debtors pursuant to 11 U.S.C. §524(k)(6)(A) and the income and expenses stated on the Debtors' Schedules I and J.

**AND**, there is no presumption of undue hardship pursuant to 11 U.S.C. §524(m)(1).

It is hereby **ORDERED** and **DETERMINED** that:

1.    No reaffirmation hearing is necessary.  11 U.S.C. §§524(d) & (m).

---

[1] Bankr. Docket No. 14.

2.      Court approval of the Reaffirmation Agreement is unnecessary. 11 U.S.C. §524(c) (not conditioning enforceability of reaffirmation agreement on court approval); 11 U.S.C. §524(c)(6)(A) (requiring court approval of Reaffirmation Agreement only upon certain conditions); 11 U.S.C. §524(m)(1) (the court "shall" review presumption of undue hardship if it arises).

Dated:  July 13, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jeffrey C. McCullough, Esquire
Bond & McCullough
16 N. Franklin Street, Suite 300
Doylestown, PA 18901

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center, Suite 901
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912